**Order entered September 9, 2022**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00414-CR**

**ISAAC PUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81674-2021**

**ORDER**

We **REINSTATE** the appeal.

On September 2, 2022, the Court entered an order abating this appeal to allow the trial court to appoint new counsel for appellant. A supplemental clerk's record has been filed showing that the trial court has appointed John B. Setterberg as appellant's new counsel. Mr. Setterberg has filed a notice of appearance as counsel for appellant.

We **DIRECT** the Clerk of the Court to substitute John B. Setterberg as appellant's counsel and send all future correspondence to John B. Setterberg.

In accordance with the Court's September 2, 2022 order, we **ORDER** appellant's counsel to review the record and, by **October 7, 2022**, notify the Court in writing whether counsel intends to: (1) file a new brief replacing the July 11, 2022 brief filed by former counsel; (2) file a supplemental brief; or (3) adopt the July 11, 2022 brief as filed.

We **DIRECT** the Clerk of the Court to send copies of this order to: the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; John B. Setterberg; Lisa Braxton, Chief–Appellate Division, Collin County District Attorney's Office; and appellant Isaac Pugh, TDCJ No. 02395458, Ellis Unit, 1697 FM 980, Huntsville, Texas 77343.

/s/     ERIN A. NOWELL
JUSTICE